IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-459-RJC-DCK

| | |
|---|---|
| JASON ROBERT MAGERS, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANK OF AMERICA N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by Joel R. Rhine, concerning Jeffrey S. Goldenberg, on September 8, 2023. Jeffrey S. Goldenberg seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Jeffrey S. Goldenberg is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

21

Signed: September 8, 2023

David C. Keesler
United States Magistrate Judge