IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-459-RJC-DCK

| | |
|---|---|
| JASON ROBERT MAGERS, and RANDY HERMANN, <br><br>    Plaintiff, <br><br>v. <br><br>BANK OF AMERICA N.A., <br><br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) filed by Ruth Sheehan, concerning Joseph M. Lyon, on September 11, 2023. Joseph M. Lyon seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) is **GRANTED**. Joseph M. Lyon is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: September 11, 2023

David C. Keesler
United States Magistrate Judge